

**AmegyBank** of Texas

P.O. BOX 27459 • HOUSTON, TX 77227-7459

**Statement of Accounts**
Page 1 of 5
This Statement: June 3, 2010
Last Statement: May 3, 2010

Account ▓▓▓▓▓▓

0045468
3155-06-0000-AMC-PG0030-00011

DENNIS G MCLAUGHLIN III
PO BOX 190707
DALLAS TX 75219-0707

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:              713-235-8810
In Dallas/Fort Worth:    214-754-9500
In San Antonio:          210-343-4500
Or Toll-Free:            800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank National Association**

Please help the environment by going paperless and start reducing the paper clutter in your home or office. Instead of paper statements, choose eStatements through Online Banking, where you can view up to 18 months of your statements electronically.  Opt out of paper delivery today; help the environment and eliminate clutter by visiting Online Banking at www.amegybank.com.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Free Checking | ▓▓▓▓▓▓ | $5,753.95 | |

## FREE CHECKING 0052919044

657    11

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -5,739.00 | 64,551.01 | 25,640.06 | 27,418.00 | 5,753.95 |

### 31 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 05/04 | 6,750.00 | RETURN SEQ # 009293822025  1701700325 |
| 05/05 | 6,800.00 | TELLER XFER FROM DDA OSA EMPLOYME ID: 000001619  2304205300 |
| 05/06 | 750.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001804  2304106008 |
| 05/06 | 250.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000000025  2304103336 |
| 05/07 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002853  2304307756 |
| 05/07 | 175.00 | INTERNET XFER FROM SAV MCLAUGHLIN H ID: 000002319  2304306546 |
| 05/07 | 150.00 | INTERNET XFER FROM SAV MCLAUGHLIN J ID: 000022187  2304306652 |
| 05/10 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002238  2305602690 |
| 05/10 | 250.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001703  2305612602 |
| 05/11 | 7,000.00 | RETURN SEQ # 009185344590  1701600295 |
| 05/12 | 826.01 | RETURN WELLS FARGO DLR FEE & P 5  1701500193 |
| 05/13 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002556  2304505620 |
| 05/13 | 1,000.00 | DEPOSIT 9186087250 |
| 05/14 | 1,500.00 | TELLER XFER FROM DDA OSA EMPLOYME ID: 000001779  2304008048 |
| 05/14 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000004005250 |
| 05/17 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001174  2304904000 |
| 05/17 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001725  2304910464 |
| 05/18 | 300.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001407  2303706034 |
| 05/19 | 12,600.00 | TELLER XFER FROM DDA OSA EMPLOYME ID: 000001834  2304701904 |
| 05/19 | 200.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002471  2304706114 |
| 05/20 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002242  2304005634 |
| 05/21 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001508  2305107490 |
| 05/24 | 1,000.00 | INTERNET XFER FROM DDA EVOLUTION FU ID: 000002788  2305701496 |
| 05/25 | 2,500.00 | TELLER XFER FROM DDA EVOLUTION FU ID: 000002018  2303901686 |



EQUAL HOUSING LENDER

MEMBER FDIC

0045468-0000001-0116966

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**IN CASE OF ERRORS IDENTIFIED ON THIS STATEMENT**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on the statement. Contact us at the phone number(s) shown on page one of this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

**For Check Reserve accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810,1-214-754-9500 or 1-800-287-0301.

**For electronic transfers:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**CHECK RESERVE AVERAGE DAILY BALANCE METHOD**
We figure the finance charge on your Check Reserve account by applying the daily periodic rate to the "Average Daily Balance" of your account, including current transactions, multiplied by the number of days in the billing cycle. To get the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Any unpaid finance charges incurred during that billing period are not included in the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance" or "Balance Subject to Finance Charge."

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1.  Make a transfer online at www.amegybank.com.
2.  Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3.  Mail your payment to:
    Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459
4.  Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank of Texas, PO Box 25787, Salt Lake City, UT  84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



P.O. BOX 27459 • HOUSTON, TX 77227-7459

Continued ...

| Date | Amount | Description |
|---|---|---|
| 05/26 | 200.00 | INTERNET XFER FROM DDA EARTH BIOFUE ID: 000001818  2303806254 |
| 05/27 | 700.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000001963  2304005926 |
| 05/27 | 300.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002904  2304003798 |
| 05/28 | 2,000.00 | TELLER XFER FROM DDA OSA EMPLOYME ID: 000000086  2304103088 |
| 05/28 | 1,000.00 | INTERNET XFER FROM DDA OSA EMPLOYME ID: 000002460  2304108418 |
| 06/01 | 4,300.00 | TELLER XFER FROM DDA OSA EMPLOYME ID: 000000091  2304916102 |
| 06/02 | 6,000.00 | TELLER XFER FROM DDA EVOLUTION FU ID: 000000100  2303705448 |

...............................................................................................................................................

**90 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 05/04 | 32.50 | INSUFFICIENT FUNDS FEE-ITEM RT  1701708714 |
| 05/05 | 6,750.00 | WIRE/OUT-2010050500004716;BNF Houston Homes Inc.  1302602808 |
| 05/05 | 7.00 | WIRE TRANSACTION SERVICE FEE |
| 05/06 | 279.12 | 2461043GD231RKWA6 THE PEABODY MEMPHIS MEMPHIS TN  1205531960 |
| 05/06 | 260.25 | 2461043GD231RKW9Z THE PEABODY MEMPHIS MEMPHIS TN  1205531961 |
| 05/06 | 20.00 | ATM WITHDRAWAL CENTRAL TERM BLDG #76 FLUSHING NY  1403518875 |
| 05/10 | 807.20 | 2475542GFJM7QH52Y THE PRIME GRILL NEW YORK NY  1207321956 |
| 05/10 | 572.42 | 2421073GH5SH1NTAH RIVER INN OF HARBOR TOWN MEMPHIS TN  1207238742 |
| 05/10 | 500.00 | ATM WITHDRAWAL 6251 GREENVILLE AV DALLAS TX  1406962967 |
| 05/10 | 500.00 | ATM WITHDRAWAL 7839 PARK LANE SUI DALLAS TX  1406962968 |
| 05/10 | 462.55 | 2475542GFJM7FNMFM THE PRIME GRILL NEW YORK NY  1207321957 |
| 05/10 | 300.00 | ATT Payment 324014001CSR1J REF # 010130003690939  1104739327 |
| 05/10 | 214.55 | P.O.S. PURCHASE AT&T ATM Q 12525 CINGU ALPHARETTA GA  1406962966 |
| 05/10 | 114.49 | P.O.S. PURCHASE BARNESNOBL 7700 West N Dallas TX  1406962965 |
| 05/10 | 72.88 | P.O.S. PURCHASE 7-ELEVEN 5220 EAST M DALLAS TX  1406962964 |
| 05/10 | 60.80 | 2455930GFBLH1J7P0 CRETIAS DALLAS TX  1207321955 |
| 05/10 | 60.72 | P.O.S. PURCHASE WHOLE FOOD 8190 Park L Dallas TX  1406962963 |
| 05/10 | 56.81 | P.O.S. PURCHASE ATT CONS P ATT CONS PH DALLAS TX  1406962962 |
| 05/10 | 40.00 | 2442513GGERZKP85H NTTA AUTOCHARGE 972-818-6882 TX  1207321954 |
| 05/10 | 21.60 | P.O.S. PURCHASE BROOKSTONE BROOKSTONE DALLAS TX  1406962961 |
| 05/11 | 826.01 | WELLS FARGO DLR FEE & P 5780129323 REF # 010131004219507  1103836589 |
| 05/11 | 194.85 | 2407105GJWPA7ED8H NASHER SCULPTURE CENTE DALLAS TX  1205130097 |
| 05/11 | 32.50 | INSUFFICIENT FUNDS FEE-ITEM RT  1701609726 |
| 05/12 | 32.50 | INSUFFICIENT FUNDS FEE-ITEM RT  1701505873 |
| 05/14 | 987.57 | P.O.S. PURCHASE Wal-Mart S 0707 WAL-SA CLARKSDALE MS  1403721387 |
| 05/14 | 826.01 | WELLS FARGO DLR FEE & P 5780129323 REF # 010134005681825  1103957775 |
| 05/17 | 737.22 | 2401339GN0GT0WRLD MADIDI CLARKSDALE MS  1205818552 |
| 05/17 | 514.57 | P.O.S. PURCHASE TALBOTS #0 408 GROVE P MEMPHIS TN  1405959611 |
| 05/17 | 101.65 | 2463565GR9W0EQMEQ GROUND ZERO BLUES CLUB CLARKSDALE MS  1205739198 |
| 05/17 | 61.55 | 2412254GPMH9RMK56 DOUBLE QUICK #103 CLARKSDALE MS  1205818553 |
| 05/17 | 35.00 | P.O.S. PURCHASE WALGREEN C 3418 MCKINN DALLAS TX  1405959610 |
| 05/17 | 32.50 | INSUFFICIENT FUNDS FEE-ITEM PD  1702103810 |
| 05/17 | 23.85 | 2435178GN75NR5HSJ MYLIFE/REUNION-SEARCH 888-7041900 CA  1205818554 |
| 05/17 | 18.93 | P.O.S. PURCHASE WALGREEN C 3418 MCKINN DALLAS TX  1405959609 |
| 05/18 | 138.53 | 2441800GT407L0MYN 901.683.0915HOUSTONS MEMPHIS TN  1205330564 |
| 05/18 | 110.39 | P.O.S. PURCHASE SIGELS BEV 5757 GREENV DALLAS TX  1403316878 |
| 05/18 | 106.78 | 2421073GS5V64X7N6 RIVER INN OF HARBOR TOWN MEMPHIS TN  1205830563 |
| 05/19 | 563.13 | 2421073GS5SH1NTBT RIVER INN OF HARBOR TOWN MEMPHIS TN  1205229379 |
| 05/19 | 97.50 | INSUFFICIENT FUNDS FEE-ITEM PD  1701505191 |
| 05/19 | 85.31 | 2461043GS03PXLJFG THE PEABODY MEMPHIS F&B MEMPHIS TN  1205229380 |
| 05/19 | 85.11 | 2461043GS03PXLK3Q THE PEABODY MEMPHIS F&B MEMPHIS TN  1205229381 |
| 05/20 | 816.04 | P.O.S. PURCHASE STE 3700 DIRECT ENER TULSA OK  1403318133 |
| 05/20 | 120.00 | 2430792GVS66L7PRB LIVE OAK COUNSELING DALLAS TX  1205329348 |
| 05/20 | 81.42 | 2442513GVFSGXB728 ZIZIKI'S RESTAURANT DALLAS TX  1205329349 |
| 05/20 | 1.40 | 2469216GV001PR6SR APL*ITUNES 866-712-7753 CA  1205329350 |
| 05/24 | 101.70 | 2412942GZ2X4BXDJZ CHARLESTON'S NORMAN OK  1205637263 |
| 05/24 | 75.00 | 2462512GZBMTT8F4Z CHEVRON 00105923 UNIVERSITY PA TX  1205637266 |
| 05/24 | 70.51 | 2416407GZPN4GYGWE HILLTOP TRUCK 10053536 GAINESVILLE TX  1205637264 |
| 05/24 | 61.21 | P.O.S. PURCHASE VALERO 443 1400 MEMORI MARIETTA OK  1405559320 |
| 05/24 | 53.91 | 2412942GZ2X4BX5PP LOUIE'S NORMAN OK  1205637262 |
| 05/24 | 53.71 | 2476197GZ8249XDZK PRIMOS BAR & GRILL DALLAS TX  1205637267 |
| 05/24 | 30.00 | 2425477GZDE5HN8L0 THE GROOMING ROOM DALLAS TX  1205637265 |
| 05/24 | 24.88 | P.O.S. PURCHASE HASTINGS 9 2300 W. MAI NORMAN OK  1405559319 |
| 05/24 | 5.36 | 2469216GY00DRF1EP AIRCELL*GOGO INFLIGHT 877-350-0038 IL  1205716742 |
| 05/25 | 190.81 | 2443565H04TMQ9JZH EMBASSY SUITES NORMAN NORMAN OK  1205028853 |



EQUAL HOUSING LENDER    MEMBER FDIC

0045468-0000002-0116967

Page 4 of 5
June 3, 2010
DENNIS G MCLAUGHLIN III

Amegy Bank of Texas

Continued ...

| Date | Amount | Description |
|---|---|---|
| 05/25 | 86.79 | 2425477H0DLWSTJ3G STEPPIN OUT #3 GAINESVILLE TX  1205028852 |
| 05/25 | 32.50 | INSUFFICIENT FUNDS FEE-ITEM PD  1701607605 |
| 05/26 | 364.71 | P.O.S. PURCHASE ATT BILL P ATT BILL PA DALLAS TX  1403516937 |
| 05/26 | 176.26 | P.O.S. PURCHASE AT&T ATT Q 12525 CINGU ALPHARETTA GA  1403516936 |
| 05/26 | 57.16 | 2416407H1FEXBYGE4 CHILIS TOO 3E 20510731 DALLAS FT WOR TX  1205228934 |
| 05/26 | 57.02 | P.O.S. PURCHASE ATT CONS P ATT CONS PH DALLAS TX  1403516935 |
| 05/27 | 58.72 | 2416407H26V8M3S05 AA ADMIRAL LGA30017958 FLUSHING NY  1205329166 |
| 05/27 | 2.00 | 2474700H2PYRPY1R5 TXDOT VEH REG AUTO REN 512-5428055 TX  1205329167 |
| 05/28 | 67.97 | 2401339H30H6ZBALQ LA DUNI LATIN KITCHEN & B DALLAS TX  1205631095 |
| 05/28 | 63.80 | 2474700H3PYRWTLEN DALLAS CNTY VEH REG 214-6537065 TX  1205631100 |
| 05/28 | 35.90 | 2411039H35V2N08XY FRIENDFINDER6107571 6107571929 CA  1205631098 |
| 05/28 | 34.94 | 2411039H35V2N086E FRIENDFINDER6107571 6107571929 CA  1205631097 |
| 05/28 | 32.50 | INSUFFICIENT FUNDS FEE-ITEM PD  1701607604 |
| 05/28 | 29.95 | 2411039H35V2M4JPV FRIENDFINDER6107571 6107571929 CA  1205631096 |
| 05/28 | 14.72 | 2442513H3ET0AKJKP NTTA CUST SVC ONLINE 972-818-6882 TX  1205631099 |
| 06/01 | 3,650.00 | WIRE/XFER-2010060100007941;OBI pmt for Ike McLaughlin's MIT  1302804522 |
| 06/01 | 1,000.00 | WIRE/OUT-2010060100003691;BNF Covenant Bank  1302801976 |
| 06/01 | 241.41 | P.O.S. PURCHASE Wal-Mart S 0707 WAL-SA CLARKSDALE MS  1407081207 |
| 06/01 | 223.33 | P.O.S. PURCHASE Wal-Mart S 0707 WAL-SA CLARKSDALE MS  1407081206 |
| 06/01 | 154.00 | 2432303H43HR8F0YK LITTLE RCK NTL AIRPORT LITTLE ROCK AR  1205953357 |
| 06/01 | 80.80 | 2415813H449ZS0HXF RUST CLARKSDALE MS  1205953356 |
| 06/01 | 58.78 | 2415813H64QM3TD7D WONGS FOODLAND SUPERMARKE CLARKSDALE MS  1205872210 |
| 06/01 | 52.93 | P.O.S. PURCHASE EXXONMOBIL 1414 N MAIN BRINKLEY AR  1407081205 |
| 06/01 | 50.00 | 2415813H64QMMMYKR WESTGATE PACKAGE STORE CLARKSDALE MS  1205872211 |
| 06/01 | 43.48 | 2401339H50HA01LJE MADIDI CLARKSDALE MS  1205953355 |
| 06/01 | 30.00 | 2455930H4BMWPLQNX METHODIST UPTOWN MEDICAL DALLAS TX  1205953358 |
| 06/01 | 24.50 | 2412254H6MHA6KRR9 DOUBLE QUICK #103 CLARKSDALE MS  1205872209 |
| 06/01 | 7.00 | WIRE TRANSACTION SERVICE FEE |
| 06/01 | 7.00 | WIRE TRANSACTION SERVICE FEE |
| 06/01 | 5.08 | P.O.S. PURCHASE EXXONMOBIL 1414 N MAIN BRINKLEY AR  1407081204 |
| 06/02 | 38.55 | 2401339H80HQETQZH ATZIMBA MEXICAN RESTAURAN CLARKSDALE MS  1205330402 |
| 06/02 | 21.10 | 2421073H95SB2Z9WV GB PARK LANE DALLAS TX  1205330403 |
| 06/03 | 206.39 | P.O.S. PURCHASE PUBLIX 23026 PANAM PANAMA CIT FL  1402817457 |
| 06/03 | 100.47 | 2476197H98AL28STH PRIMOS BAR & GRILL DALLAS TX  1204231944 |
| 06/03 | 100.00 | ATM WITHDRAWAL ROSEMARY BEACH WUP PANAMA CTY FL  1402817456 |

**10 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1051 | 05/18 | 10,000.00 | 1082 | 05/18 | 1,600.00 | 1086 | 05/24 | 3,000.00 |
| 1057* | 05/10 | 7,000.00 | 1083 | 05/18 | 1,200.00 | 1088* | 06/02 | 88.00 |
| 1060* | 05/27 | 1,948.00 | 1085* | 05/25 | 36.00 | 1090* | 06/03 | 500.00 |
| 1081* | 05/14 | 2,046.00 | | | | | | |

*Not in check sequence*

**INSUFFICIENT FUNDS (NSF) & OVERDRAFT (OD) FEE TOTALS**

| | This Statement Period | Year-to-Date |
|---|---|---|
| Total OD & NSF - Items Pd | $195.00 | $507.50 |
| Total NSF- Items Rt | $97.50 | $390.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/04 | 978.50 | 05/14 | 633.68 | 05/25 | 880.42 |
| 05/05 | 1,021.50 | 05/17 | 1,108.41 | 05/26 | 425.27 |
| 05/06 | 1,462.13 | 05/18 | -11,747.29 | 05/27 | -583.45 |
| 05/07 | 2,787.13 | 05/19 | 221.66 | 05/28 | 2,136.77 |
| 05/10 | -6,746.89 | 05/20 | 202.80 | 06/01 | 808.46 |
| 05/11 | -800.25 | 05/21 | 1,202.80 | 06/02 | 6,660.81 |
| 05/12 | -6.74 | 05/24 | -1,273.48 | 06/03 | 5,753.95 |
| 05/13 | 1,993.26 | | | | |



EQUAL HOUSING LENDER    MEMBER FDIC

0045468-0000002-0116967

# Amegy Bank of Texas




Posted 05/13/10    DEPOSIT    $1000.00



Posted 05/18/10    Ch# 1051    $10000.00




Posted 05/10/10    Ch# 1057    $7000.00



Posted 05/27/10    Ch# 1060    $1948.00




Posted 05/14/10    Ch# 1081    $2046.00



Posted 05/18/10    Ch# 1082    $1600.00



Posted 05/18/10    Ch# 1083    $1200.00



Posted 05/25/10    Ch# 1085    $36.00



Posted 05/24/10    Ch# 1086    $3000.00

Posted 06/02/10    Ch# 1088    $88.00

Posted 06/03/10    Ch# 1090    $500.00



P.O. BOX 27459 • HOUSTON, TX 77227-7459

0049938     3213-06-0000-AMG-PG0023-00000

DENNIS G MCLAUGHLIN III
EXPENSE ACCOUNT
PO BOX 190707
DALLAS TX 75219-0707

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:          713-235-8810
In Dallas/Fort Worth:   214-754-9500
In San Antonio:      210-343-4500
Or Toll-Free:        800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank National Association**

IMPORTANT INFORMATION REGARDING THE DAILY OVERDRAFT FEE DESCRIPTION - Daily Overdraft Fee (beginning on the 6th day for accounts overdrawn for 5 consecutive days) - $5.00/day. The amount of the fee has not changed. Contact your Banker for details.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Smart Yield Checking |  | $1,655.87 | |

## SMART YIELD CHECKING 0052919036        760   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 2,500.54 | 844.67 | 0.00 | 1,655.87 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 07/28 | 2,500.00 | TELLER XFER FROM DDA EARTH BIOFUE ID: 000000474 2304705164 |
| 07/31 | 0.54 | INTEREST PAYMENT 0000170106 |

### 2 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 07/30 | 650.00 | DIRECT ENERGY DE WEB PA 4017677 REF # 028000085336544 1104733519 |
| 07/31 | 194.67 | AT&T PAYMENT 317974166DLS REF # 028000087389983 1103768251 |

### 0 CHECKS PROCESSED

There were no transactions this period.

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/28 | 2,500.00 | 07/30 | 1,850.00 | 07/31 | 1,655.87 |

MEMBER FDIC

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**IN CASE OF ERRORS IDENTIFIED ON THIS STATEMENT**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on the statement. Contact us at the phone number(s) shown on page one of this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For Check Reserve accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810,1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**CHECK RESERVE AVERAGE DAILY BALANCE METHOD**
We figure the finance charge on your Check Reserve account by applying the daily periodic rate to the "Average Daily Balance" of your account, including current transactions, multiplied by the number of days in the billing cycle. To get the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits. This gives us the daily balance. Any unpaid finance charges incurred during that billing period are not included in the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance" or "Balance Subject to Finance Charge."

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank N.A., PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank of Texas, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**

0049938-0000001-0108287

# **Amegy**Bank
## of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

Page 3 of 4
July 31, 2009
DENNIS G MCLAUGHLIN III

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.54 | Number Of Days This Interest Period | 5 |
| Interest Paid Year-To-Date 2009 | $0.54 | Annual Percentage Yield Earned | 2.340% |

Current interest rate is 2.325%

Interest rate changes this interest period:

| Date | New Interest Rate |
|---|---|
| 07/28 | 2.325% |

MEMBER FDIC

0049938-0000002-0108288

**Amegy Bank of Texas**

This page intentionally left blank

0049938-0000002-0108288