In re **Dennis G. McLaughlin**            Case No. **10-35641**

(if known)

## AMENDED 9/24/2010
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | UTSA Federal Credit Union (serves as Security for Lease) ***4609 5500 UTSA Blvd San Antonio, Tx 78249 | H | $15,285.44 |
| | | Checking Account. *****19044 Monticello Branch Dallas, Tx 75205 | H | $108.23 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | The Heights 8066 Park Lane Dallas, Tx 75231 This security deposit is less than the amount owed. Expect setoff. | J | $4,500.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Rugs 8066 Park Lane #2014 B Dallas, TX 75231 | H | $10,000.00 |
| | | Household Furnishings 8066 Park Lane #2014 B Dallas, TX 75231 | H | $7,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art Work-pictures 8066 Park Lane # 2014 b Dallas, Tx 75231 | H | $7,500.00 |
| 6. Wearing apparel. | | Wardrobe-shirts, slacks, suits, ties 8066 Park Lane#2014 b Dallas, Tx 75231 | H | $3,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 12 gauge shot gun 8066 Park Lane #2014 B Dallas, TX 75231 | H | $1,000.00 |
| | | 357 pistol | H | $250.00 |

In re **Dennis G. McLaughlin**          Case No. **10-35641**

(if known)

## AMENDED 9/24/2010
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 8066 Park Lane #2014 Dallas, TX 75231 | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | MONY Term Life Insurance Policy<br>Beneficiaries are Mr. McLaughlin's children | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Evolution Fuels 673,239 shares | H | $1,000.00 |
| | | Big Star Media Group 214,965 shares | H | $1,000.00 |
| | | Southwest Resources - NEED NUMBER OF SHARES | H | $1,000.00 |
| | | OSA, LLC - DENNIS MENTIONED THIS IN THE MEETING. CONFIRM HIS OWNERSHIP INTEREST AND POSITION WITH COMPANY, DATES, ETC | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 100% interest in DGMAC, LLC | H | $0.00 |
| | | 100% interest in AP Holdings, LLC | H | $5,000.00 |

In re **Dennis G. McLaughlin**        Case No. **10-35641**
                                                                                 (if known)

## *AMENDED 9/24/2010*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 100% interest in Trenton Lighthouse, LP | H | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Various counterclaims in litigation on attached Exhibit A | H | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re  Dennis G. McLaughlin　　　　　　　　　　　　　　　　　　　Case No.  **10-35641**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## AMENDED 9/24/2010
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Land Rover<br>8066 Park Lane #2014 B  Dallas, TX 75231 | H | $15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re **Dennis G. McLaughlin**      Case No. **10-35641**
(if known)

## AMENDED 9/24/2010
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached    **Total >**    **$72,643.67**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Dennis G. McLaughlin**                                   Case No. __10-35461__
                                                                       (if known)

## AMENDED 9/23/2010
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Spouse | Age(s): 15<br>12 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Contracted Labor | Legal Depositions |
| Name of Employer | OSA Employment | Self |
| How Long Employed | 1 year 3 months | 10 years |
| Address of Employer | 3001 Knox Street #403<br>Dallas, TX 75205 | 549 Wright Road<br>Clarksdale, MS 38614 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $40,000.00 | $5,625.00 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$40,000.00** | **$5,625.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
|    b. Social Security Tax | $0.00 | $0.00 |
|    c. Medicare | $0.00 | $0.00 |
|    d. Insurance | $0.00 | $0.00 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement | $0.00 | $0.00 |
|    g. Other (Specify) _____ | $0.00 | $0.00 |
|    h. Other (Specify) _____ | $0.00 | $0.00 |
|    i. Other (Specify) _____ | $0.00 | $0.00 |
|    j. Other (Specify) _____ | $0.00 | $0.00 |
|    k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$40,000.00** | **$5,625.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $6,100.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|    a. _____ | $0.00 | $0.00 |
|    b. _____ | $0.00 | $0.00 |
|    c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$6,100.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$46,100.00** | **$5,625.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$51,725.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's income is not regular - amount listed is average. Debtor is paid upon consummation of business deals.**

IN RE: Dennis G. McLaughlin  Case No. __10-35461__
(if known)

## AMENDED 9/23/2010
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $6,069.58 |
|    a. Are real estate taxes included? ☑ Yes ☐ No | |
|    b. Is property insurance included? ☑ Yes ☐ No | |
| 2. Utilities: a. Electricity and heating fuel | $508.00 |
|    b. Water and sewer | $50.00 |
|    c. Telephone | $73.00 |
|    d. Other: AT&T U Verse | $478.27 |
| 3. Home maintenance (repairs and upkeep) | $300.00 |
| 4. Food | $1,000.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $200.00 |
| 7. Medical and dental expenses | $450.00 |
| 8. Transportation (not including car payments) | $325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $500.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $0.00 |
|    b. Life | $0.00 |
|    c. Health | $0.00 |
|    d. Auto | $1,152.00 |
|    e. Other: | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: Estimated Monthly Taxes | $10,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto: | $717.50 |
|    b. Other: Auto Lease | $1,067.89 |
|    c. Other: Loan - Property Settlement | $8,500.00 |
|    d. Other: Lease - Property Settlement | $250.00 |
| 14. Alimony, maintenance, and support paid to others: | $4,300.00 |
| 15. Payments for support of add'l dependents not living at your home: | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17.a. Other: Lessons for Children | $780.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $36,821.24 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 15 of Schedule I | $51,725.00 |
|    b. Average monthly expenses from Line 18 above | $36,821.24 |
|    c. Monthly net income (a. minus b.) | $14,903.76 |

In re **Dennis G. McLaughlin**           Case No. **10-35641**
                                                                                                                         (if known)

## *AMENDED 9/24/2010*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **22**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature _____
                                                                                                *Dennis G. McLaughlin*

Date **9/24/10**     Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*