| | LAWSUIT | PRE-JUDGMENT/POST-JUDGMENT | AMOUNT IN CONTROVERSY |
|---|---|---|---|
| 1 | JM Allen & Associates, Inc. v. Dennis G. McLaughlin, III, Christopher Chambers and Apollo Alternative Fuels Company, LLC; Cause No. 2007-326. In the 4th Judicial District Court of Rusk County, Texas. | Post-Judgment | $320,000.00 |
| 2 | Mammoth West Corporation dba Mammoth Corporation v. Apollo Resources International, Inc., TKM Oil & Gas, Inc., AP Holdings International, Inc., Evolution Fuels, Inc. and Dennis G. McLaugiin, III: Cause No. 10L 391. In the 19th Judicial District Circuit Court, Lake County, Illinois | Pre-Judgment | $3,277,213.00, plus additional fees |
| 3 | Marc Weill, Tom Groos, and Josh Cohen v. Earth Biofuels, Inc. and Dennis G. McLaughlin, III; Cause No. 08-02451. In the 160th District Court, Dallas County, Texas. | Post-Judgment- Agreed Judgment | $2,100,000.00 |
| 4 | Noctua Fund, LP v. Dennis G. McLaughlin, III, MAC Partners, LP, Apollo Resources International, Inc. and Earth Biofuels, Inc. In the Superior Court of California, County of San Diego. | Post-Judgment- Confession of Judgment | $202,500.00 |
| 5 | Black Forest International, LLC v. Dennis G. McLaughlin, III; Cause No. 37-2009-00056341-CU-EN-NC. In the Superior Court of California, County of San Diego. | Post-Judgment- Confession of Judgment | $159,536.71 |
| 6 | Peter Bell v. Earth Biofuels, Inc. & Dennis G McLaughlin, III; Cause No. 352 240531 09. In the 352nd Judicial District Court, Tarrant County, Texas. | Post-Judgment- Discovery | $530,928.99, plus additional fees |
| 7 | Raghu Khetan v. Dennis McLaughlin & Earth Biofuels, Inc.; cause No. CC-09-03982-B. In the County Court at Law No. 2, Dallas County, Texas. | Post-Judgment- Final Judgment | $41,666.67 |


EXHIBIT A

| # | Case | Status | Amount |
|---|---|---|---|
| 8 | Daniel A. Cummings and Jeanie Ponthie Cummings v. Dennis McLaughlin; Cause No. 08-11855. In the 14th Judicial District Court, Dallas County, Texas. | Post-Judgment- Final Judgment 2010-02-04 | $252,246.58 |
| 9 | Hanna Sahliyeh v. Dennis McLaughlin; Cause No. 09-04504B. In the County Court at Law No. 2, Dallas County, Texas. | Post-Judgment- Summary Judgment- 2009-09-10 | $75,727.15 |
| 10 | Netessentials, Inc. v. Dennis G. McLaughlin, III; Cause No. 171,633. In the 89th Judicial District Court, Wichita County, Texas. | Post-Judgment- Final Summary Judgment- 2010-04-05 | $371,000.00 |
| 11 | Goldern Spread Energy, Inc., Telluride Investments, Inc. fka GSEJKM, Inc., GSEKFT, Inc., GSESKO, Inc., Neptune Leasing, Inc., Oliver Kendall Kelley, Cryongenic Research and Development, Inc., Jack B. Kelley Enterprises, Inc., and Shiprock Helium, LLC v. AP Holdings International, Inc., Earth Leasing, Inc. Mountain States Petroleum, Corp, Nacogdoches Oil and Gas, Inc. and Dennis G. McLaughlin, III; Cause No. 08-14569. In the 44th District Court, Dallas County, Texas. | Pre-Judgment | $40,355,160.00 |
| 12 | John Fife v. Apollo Resources International, Inc., Earth Biofuels, Inc. and Dennis G. McLaughlin, III; Cause No. 08-5620. In the 44th Judicial District Court, Dallas County, Texas. | Post-Judgment- Amended and Consolidated Rule 11 Agreement | Total- $1,283,256.55 |
| 13 | John Fife v. Dennis G. McLaughlin, III; Cause No. 08-5621. In the 134th Judicial District Court, Dallas County, Texas. | Post-Judgment- Amended and Consolidated Rule 11 Agreement | Total- $1,283,256.55 |
| 14 | John Fife v. Apollo Drilling, Inc., Apollo Resources International, Inc., Earth Biofuels, Inc. and Dennis G. McLaughlin, III; Cause No. 08-5622. In the 68th Judicial District Court, Dallas County, Texas. | Post-Judgment- Amended and Consolidated Rule 11 Agreement | Total- $1,283,256.55 |
| 15 | John Fife v. Apollo Resources International, Inc., Earth Biofuels, Inc. and Dennis G. McLaughlin, III; Cause No. 08-5619. In the 192nd Judicial District Court, Dallas County, Texas. | | $1,683,000.00 |

| # | Case | Status | Amount |
|---|---|---|---|
| 16 | John M. Fife v. Dennis G. McLaughlin, III; Cause No. 2007L006014, In the Circuit Court of Cook County, Illinois, County Department, Law Division | | $2,750,000.00 |
| 17 | Praxair, Inc. v. Mountain States Petroleum, Corp, Apollo Resources International, Inc., and Dennis G. McLaughlin, III; Cause No. 3:09-cv-2010. In the United States District Court for the Northern District of Texas Dallas Division. | Pre-Judgment | $4,300,000.00 |
| 18 | Legend Bank, NA v. Bold Communications Network, LLC, Blue Wireless & Data, Inc., James Ontiveros, Dennis McLaughlin, Becky Dansby, Trenton Lighthouse, LP; Cause No. 2007-0000386 M-CV. In the 67th Judicial District Court, Montague County, Texas. | Pre-Judgment | $200,000.00 |
| 19 | Greg Martin & Steven Benavides v. Blue Wireless & Data, Inc., TKM Oil & Gas, Inc., Trenton Lighthouse, LP, Dennis G. McLaughlin, III, Earth Biofuels, Inc., Earth Biofuels Retail Fuel Company, LLC, and Earth Biofuels Operating, LLC; Cause No. DC06-01509-B. In the 44th Judicial District Court, Dallas County, Texas. | Post-Judgment- Agreed Final Judgment | $1,000,000.00 |
| 20 | M.E. Klein & Associates, Inc. v. Dennis Gerald McLaughlin, III & Marcus Taber Wetz; Cause No. 07-8762-F. In the 116th Judicial District Court, Dallas County, Texas | Post-Judgment- Discovery | $444,161.08 |
| 21 | THT Electronics & Scott Sewell v. MAC Partners, LP and Dennis G. McLaughlin, III; Cause No.07-00998. In the 68th Judicial District Court, Dallas County, Texas. | Post-Judgment- Settlement Agreement | $75,000.00 |
| 22 | Telcoenergy Corporation v. Trenton Lighthouse, LP, MAC Partners, LP, and Dennis G. McLaughlin, III and Southwest Energy Investments, Inc.; Cause NO. 06-09658. In the 68th Judicial District Court, Dallas County, Texas. | Pre-Judgment | $10,000,000.00 |

| | | | |
|---|---|---|---|
| 23 | Farney Aviation, Inc. v. Planes Trains & Automobiles, LLC & Dennis G. McLaughlin; Cause No. 10-224-C26. In the 26th Judicial District Court, Williamson County, Texas. | Pre-Judgment | |
| 24 | Patriot Exploration, LLC & Patriot Land, LLC dba JF Patriot Land, LLC v. Apollo Resources International, Inc., Apollo Ntural Gas Co., LLC, Eastern Shelf Partners, LLC, MexTex Operating Company, Dennis G. McLaughlin, III, and Indian Creek Logistics, Inc.; Cause No. 5475, 112th Judicial District Court, Sutton County, Texas | | $360,000.00, plus additional fees |