



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed December 17, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNIS G. MCLAUGHLIN | § | CASE NO. 10-35641-7 |
| *Debtor* | § | |
| | § | CHAPTER 7 |
| | § | |

### AGREED ORDER GRANTING MOTION OF MIGUEL CHUNG A/K/A MIN-CHUAN CHUNG AND JESSICA CHUNG A/K/A JESSICA LYNN SISON FOR RELIEF FROM THE AUTOMATIC STAY

On this day, the Court considered the Motion of Miguel Chung a/k/a Min-Chuan Chung and Jessica Chung a/k/a Jessica Lynn Sison for Relief from the Automatic Stay (the "Motion"). After consideration of the Motion, any objections/responses to the Motion, the evidence introduced at the hearing on the Motion and the agreement of counsel, the Court finds that good cause exists to grant the relief requested in the Motion, therefore, it is hereby

**ORDERED** that the stay afforded by 11 U.S.C. §362 is lifted with respect to Movants on the following described property, to wit:

>Lot 2, Block 5, of WESTMINISTER PLACE ADDITION, an Addition to the City of University Park, Dallas County, Texas, according to the Plat thereof recorded in Volume 1, Page 422, of the Map Records of Dallas County, Texas; together with all buildings, fixtures and other real property improvements located on said real property; and the benefits and appurtenances on or appertaining to said real property and improvements.

Also known as 2936 Milton Avenue, Dallas, Texas 75205.

**IT IS FURTHER ORDERED** that Movants may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law;

**IT IS FURTHER ORDERED** that This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**IT IS FURTHER ORDERED** that the ten (10) day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and this order is automatically effective.

# # # End of Order # # #


AGREED AS TO FORM AND SUBSTANCE:

By: */s/ Darrell W. Cook*
Darrell W. Cook
SBN 00787279
Darrell W. Cook & Associates, P.C.
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206
(214) 368-4686 (Telephone)
(214) 363-9979 (Telecopy)

- and -


**AGREED ORDER GRANTING MOTION OF MIGUEL CHUNG
A/K/A MIN-CHUAN CHUNG AND JESSICA CHUNG A/K/A JESSICA
LYNN SISON FOR RELIEF FROM THE AUTOMATIC STAY –**    **Page 2**

By:__/s/ Vicki Driver_____
Vickie L. Driver
SBN 24026886
Coffin & Driver, PLLC
7557 Rambler Road, Suite 110
Dallas, TX 75231
(214) 377-4848 (Telephone)
(214) 377-4858 (Telecopy)